No. 00–10785. CUMMINGS *v.* ABRAMSON ET AL.; and CUMMINGS *v.* GIULIANI, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–10786. STARKES *v.* FLORIDA BOARD OF REGENTS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10788. VIDRIO-ALEMAN *v.* UNITED STATES; PACHECO-RAMOS *v.* UNITED STATES; DE LA TORRE-CHAVEZ *v.* UNITED STATES; MURO-INCLAN *v.* UNITED STATES; CAMPOS-CHAVEZ *v.* UNITED STATES; RODRIGUEZ-JIMENEZ *v.* UNITED STATES; and RODRIGUEZ-COSIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 11 Fed. Appx. 938 (second judgment); 10 Fed. Appx. 598 (third judgment); 249 F. 3d 1180 (fourth judgment); 10 Fed. Appx. 544 (fifth judgment); 10 Fed. Appx. 597 (sixth judgment); 10 Fed. Appx. 526 (seventh judgment).

No. 00–10789. MCCONICO *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–10790. NEUHAUSSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10791. WASHINGTON *v.* COURT OF CRIMINAL APPEALS OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 00–10792. WASHINGTON *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10793. BRANNON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10794. CURRY *v.* SAN FRANCISCO NEWSPAPER AGENCY. C. A. 9th Cir. Certiorari denied.

No. 00–10797. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10798. JOHNSON *v.* TUPPERWARE, INC. C. A. 4th Cir. Certiorari denied.

No. 00–10799. LAMMERS *v.* COLUMBIA COUNTY ET AL. C. A. 7th Cir. Certiorari denied.